THE ATLANTIC MACARONI CO., INC., Appellant, *v.* FANNY M. SCHIAFFINO et al., Respondents.

(Submitted October 11, 1929; decided October 25, 1929.)

*Joseph Nicchia* for appellant.

*Cyrus S. Jullien* and *Joseph B. Cavallaro* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.